| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Northern District of Alabama** | |
| Case number (if known): _____ Chapter **11** | ☐ Check if this is an amended filing |

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| **1. Debtor's name** | **Applico, LLC** | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as names* | | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 6 – 4 3 7 6 9 0 5 | |
| **4. Debtor's address** | **Principal place of business** c/o Chris Didyoung 6509 Highway 69 S Number  Street Tuscaloosa, AL 35405-6488 City  State  ZIP Code Tuscaloosa County | **Mailing address, if different from principal place of business** Number  Street City  State  ZIP Code **Location of principal assets, if different from principal place of business** Number  Street City  State  ZIP Code |
| **5. Debtor's website (URL)** | http://www.applicoapplianceandlighting.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page **1**

Case 25-70561-JHH11    Doc 1    Filed 04/23/25    Entered 04/23/25 07:57:16    Desc Main
Document    Page 1 of 16

Debtor  **Applico, LLC**                                                                      Case number *(if known)*
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**4 4 9 2**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                        MM / DD / YYYY
         Case number, if known _____

| Debtor | Applico, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____
City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49   ☑ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **Applico, LLC**
_____ Case number *(if known)* _____

Name

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ❏ $0-$50,000 | ☑ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| | ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| | ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| | ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/23/2025**
MM/ DD/ YYYY

X  **/s/ Chris Didyoung**                                **Chris Didyoung**
Signature of authorized representative of debtor            Printed name

Title  **Member**

**18. Signature of attorney**

X  **/s/ Anthony Brian Bush**        Date **04/23/2025**
Signature of attorney for debtor            MM/ DD/ YYYY

**Anthony Brian Bush**
Printed name

**The Bush Law Firm, LLC**
Firm name

**3198 Parliament Cir Ste 302**
Number    Street

**Montgomery**                 **AL**    **36116**
City                     State   ZIP Code

**(334) 263-7733**              **abush@bushlegalfirm.com**
Contact phone                Email address

**ASB-7306-a54b**              **AL**
Bar number                 State

Debtor name __**Applico, LLC**__

United States Bankruptcy Court for the:
__**Northern District of Alabama**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders      12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | EN OD Capital  1202 Avenue U 1115  Brooklyn, NY 11229 | (347) 946-8768 | | | | | $315,000.00 |
| 2 | Northpoint Commercial Finance  c/o Rebekah Canfield  1105 Lakewood Pkwy 210  Alpharetta, GA 30009 | (470) 373-2351 | | | | | $235,252.42 |
| 3 | Lifefund Solutions  c/o Richard Otner  99 Wall Street 2613  New York, NY 10055 | (202) 850-9077 | | | | | $100,000.00 |
| 4 | Lazarus  c/o Ace Recovery, LLC  600 Blvd S SW 104J  Huntsville, AL 35802 | | | | | | $86,000.00 |
| 5 | American Express  200 Vesey St  New York, NY 10285 | | | | | | $85,880.34 |
| 6 | Loanbuilder  Bill Me later, Inc.  2211 N 1st St  San Jose, CA 95131 | (866) 406-2852 | | | | | $76,675.12 |
| 7 | Overton Funding, LLC  2802 N 29th Avenue  Hollywood, FL 33020 | (800) 346-3958 | | | | | $75,000.00 |
| 8 | QuickBooks Capital  c/o F.H. Cann & Associates  100 Domain Dr 200  Exeter, NH 03833 | (877) 750-9804 | | | | | $74,742.26 |

| | Debtor | Applico, LLC | | Case number (if known) | | | |
|---|---|---|---|---|---|---|---|

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Kichler Lighting<br>c/o Lawrence Siebern<br>30455 Solon Rd<br>Solon, OH 44139 | (619) 396-2184 | | | | | $70,771.72 |
| 10 | Avanza Capital Holdings, LLC<br>c/o Ace Recovery, LLC<br>600 Blvd S SW 104J<br>Huntsville, AL 35802 | | | | | | $69,500.00 |
| 11 | Sequel Electric Supplys, LLC<br>c/o Joseph Stott<br>2637 Valleydale Rd 100<br>Birmingham, AL 35244 | | | | | | $67,500.00 |
| 12 | American Express Bank<br>Po Box 6031<br>Carol Stream, IL 60197-6031 | | | | | | $59,750.34 |
| 13 | Costco<br>c/o Costco Consumer and Costco Small Business<br>PO Box 790046<br>Saint Louis, MO 63179 | | | | | | $59,619.92 |
| 14 | ZLINE Kitchen and Bath<br>9650 Gateway Dr.<br>Reno, NV 89521 | (614) 777-5004 | | | | | $58,000.00 |
| 15 | GE Appliances<br>c/o Fultz Maddox Dickens, PLC<br>101 S 5th St 27 FL<br>Louisville, KY 40202 | (502) 588-2000 | | | | | $47,500.00 |
| 16 | OnDeck Capital<br>1400 Broadway<br>New York, NY 10018 | (303) 481-1448 | | | | | $39,097.45 |
| 17 | Brandsource Citibank<br>PO Box 7032<br>Sioux Falls, SD 57117 | | | | | | $33,842.05 |
| 18 | City of Tuscaloosa<br>c/o Randall Ray<br>2201 University Blvd<br>Tuscaloosa, AL 35401 | (205) 248-5200 | Sales and/or Local Tax | | | | $31,260.00 |
| 19 | Chase<br>PO Box 15123<br>Wilmington, DE 19850 | | | | | | $30,220.86 |
| 20 | Alabama Department of Revenue<br>PO Box 320001<br>Montgomery, AL 36132 | | Sales Tax | | | | $29,547.15 |

Debtor name __**Applico, LLC**__

United States Bankruptcy Court for the:
__**Northern District of Alabama**__

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/23/2025**__  
MM/ DD/ YYYY

X __**/s/ Chris Didyoung**__  
Signature of individual signing on behalf of debtor

**Chris Didyoung**  
Printed name

**Member**  
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Alabama Department of Revenue
PO Box 320001
Montgomery, AL 36132


Alabama One Credit Union
1215 Veterans Memorial Parkway
Tuscaloosa, AL 35404


Alabama Power Company
600 North 18th Street
Birmingham, AL 35203-0100


ALLY FINANCIAL
200 RENAISSANCE CTR # B0
DETROIT, MI 48243


American Express
200 Vesey St
New York, NY 10285


American Express Bank
Po Box 6031
Carol Stream, IL 60197-6031


AT&T
208 S . Akard St
Dallas, TX 75202


Avanza Capital Holdings, LLC
c/o Ace Recovery, LLC
600 Blvd S SW 104J
Huntsville, AL 35802

Brandsource Citibank
PO Box 7032
Sioux Falls, SD 57117


Camlocker Tool Boxes
3882 S Byron Butler Pkwy
Perry, FL 32348


Capital Lighting Fixture Company
5359 Rafe Banks Dr
Flowery Branch, GA 30542


Capital One
Po Box 60519
City of Industry, CA 91716


Chase
PO Box 15123
Wilmington, DE 19850


Chris Didyoung
1728 Duval Street
Tuscaloosa, AL 35405


Circul-Air Corporation
2200 Lucien Way 195
Maitland, FL 32751


City of Tuscaloosa
c/o Randall Ray
2201 University Blvd
Tuscaloosa, AL 35401

City of Tuscaloosa Water
2230 Gary Fitts St
Tuscaloosa, AL 35401


Cloud, Willis & Ellis, LLC
c/o Gayle Hill
1826 3rd Avenue North 200
Bessemer, AL 35020


Costco
c/o Costco Consumer and Costco Small Business
PO Box 790046
Saint Louis, MO 63179

Craftmade
c/o Litex Industries, Ltd
3401 Trinity Blvd
Grand Prairie, TX 75050


Divvy
c/o Caine & Weiner Company, Inc
5805 Sepulveda Blvd 4 FL
Van Nuys, CA 91411


ELAN FINANCIAL SERVICE
PO Box 790408
Saint Louis, MO 63179


EN OD Capital
1202 Avenue U 1115
Brooklyn, NY 11229


Fuelman
PO Box 1239
Covington, LA 70434

GE Appliances  
c/o Fultz Maddox Dickens, PLC  
101 S 5th St 27 FL  
Louisville, KY 40202

GM Financial  
PO Box 182963  
Arlington, TX 76096-2963

Highway 69 South Mini Storage  
448 65th St  
Tuscaloosa, AL 35405

Howell Homes, Inc.  
c/o Howell, Wendell  
12505 Oak Ridge Rd  
Northport, AL 35475

Internal Revenue Service  
PO Box 7346  
Philadelphia, PA 19101

Kichler Lighting  
30455 Solon Rd  
Solon, OH 44139

Kichler Lighting  
c/o Lawrence Siebern  
30455 Solon Rd  
Solon, OH 44139

Kuzco Lighting  
3035 E Lone Mountain Rd 1000  
80981

Case 25-70561-JHH11    Doc 1    Filed 04/23/25    Entered 04/23/25 07:57:16    Desc Main
Document    Page 11 of 16

Lazarus
c/o Ace Recovery, LLC
600 Blvd S SW 104J
Huntsville, AL 35802

Lifefund Solutions
c/o Richard Otner
99 Wall Street 2613
New York, NY 10055

Loanbuilder
Bill Me later, Inc.
2211 N 1st St
San Jose, CA 95131

Marie Didyoung
13760 Chandawood Dr
Tuscaloosa, AL 35405

Millennium Lighting
105 Declaration Dr
Mcdonough, GA 30253

Northpoint Commercial Finance
c/o Rebekah Canfield
1105 Lakewood Pkwy 210
Alpharetta, GA 30009

OnDeck Capital
1400 Broadway
New York, NY 10018

Overton Funding, LLC
2802 N 29th Avenue
Hollywood, FL 33020

Primo Electrical Construction, LLC
c/o Zaldivar, Luis
1725 Decatur Hwy 107
Fultondale, AL 35068

QuickBooks Capital
c/o F.H. Cann & Associates
100 Domain Dr 200
Exeter, NH 03833

Rainbow Advance, LLC
c/o U.S. Corporation Agents, Inc.
4801 Lang Avenue NE 110
Albuquerque, NM 87109

Rumsey Environmental
c/o SR Recycling, LLC
Kernop, Lois
1407 10th Ave
Tuscaloosa, AL 35401

SATCO Products
1694 Nw 215th St 3
Miami Gardens, FL 33056

Sequel Electric Supplys, LLC
c/o Joseph Stott
2637 Valleydale Rd 100
Birmingham, AL 35244

Spire
2951 Chestnut Street
Montgomery, AL 36107

SYNCHRONY BANK
170 W Election Rd 125
Draper, UT 84020

The Builders Group of West
Alabama, LLC
c/o Winter Macfarland
4901 Rice Mice Rd NE
Tuscaloosa, AL 35406

The Law Firm of Joe
Lieberman
2715 Coney Island Ave
Brooklyn, NY 11235

Tri-State Distributors, Inc
c/o Tim Vaughn
PO Box 306360
Nashville, TN 37230

Tuscaloosa County Special
Tax Board
2620 6th Street
Tuscaloosa, AL 35401

Tuscaloosa County Special
Tax Board
2620 6th St
Tuscaloosa, AL 35401

Tuscaloosa County Tax
Collector
714 Greensboro Ave 124
Tuscaloosa, AL 35401

UFG Insurance
118 Second Ave SE
Cedar Rapids, IA 52401

United First/Global Funding
Experts
2999 NE 191st St 901
Miami, FL 33180

Yes Capital Group, LLC
c/o Ben Weinberg
1233 48th St
Brooklyn, NY 11219

Yoni Gluck
381 Sunrise Highway 302
Lynbrook, NY 11563

ZLINE Kitchen and Bath
9650 Gateway Dr.
Reno, NV 89521

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
TUSCALOOSA DIVISION

IN RE: **Applico, LLC**     CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  **04/23/2025**     Signature     **/s/ Chris Didyoung**
                                        Chris Didyoung, Member